**Order entered December 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00655-CV

**DAVID C. MEYER, Appellant**

**V.**

**KAREN MOORE MEYER, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-05419**

## ORDER

Before the Court is the December 15, 2014, joint motion for extension of time to file appellant and cross-appellant's briefs. We **GRANT** the December 15, 2014 motion and **ORDER** the appellant and cross-appellant to file their briefs no later than January 26, 2015.

/s/    CRAIG STODDART
JUSTICE